Kimberly Arouh (SBN 163285)
kimberly.arouh@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
600 West Broadway, Suite 1100
San Diego, CA 92101
Telephone:    619 239 8700
Fax:          619 702 3898

Christopher J. Dalton
christopher.dalton@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
550 Broad Street, Suite 810
Newark, New Jersey 07102
Telephone:    973 273 9800
Fax:          973 273 9430

Stephen Carey Villeneuve
carey.villeneuve@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 East Las Olas Boulevard, Suite 2250
Ft. Lauderdale, FL 33301
Telephone:    954-703-3901
Fax:          954-527-9915

Attorneys for Defendant
BMW of North America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: GERMAN AUTOMOTIVE MANUFACTURERS ANTITRUST LITIGATION | MDL No. 2796 CRB<br><br>Individual Case Nos. 3:17-cv-04314-CRB; 3:17-cv-04320-CRB; 3:17-cv-05789-CRB; 3:17-cv-06040-CRB; 3:17-cv-06073-CRB |
| This Document Relates to:<br><br>(1) *Burton et al. v. BMW AG et al.*, No. 3:17-cv-04314-CRB;<br>(2) *Briscoe v. Bayerische Motoren Werke AG et al.*, No. 3:17-cv-04320-CRB;<br>(3) *Barrera v. BMW North America, LLC et al.*, No. 3:17-cv-05789-CRB;<br>(4) *Summer et al. v. Volkswagen AG et al.*, No. 3:17-cv-06040-CRB;<br>(5) *Cordover et al. v. BMW AG et al.*, No. 3:17-cv-06073-CRB; | **NOTICE OF WITHDRAWAL AND [PROPOSED] ORDER** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Civil Local Rules 5-1(c)(2)(E) and 11-5, Buchanan Ingersoll & Rooney PC and Buchanan Ingersoll & Rooney LLP is withdrawing as counsel for BMW of North America, LLC.  BMW of North America, LLC respectfully requests that the Clerk of the Court note this withdrawal and remove all Buchanan Ingersoll & Rooney PC and Buchanan Ingersoll & Rooney LLP attorneys from the ECF service lists in the above-captioned matters.  Latham & Watkins LLP will continue to represent BMW of North America, LLC in the above-captioned matters.

DATED:  November 21, 2017                    BUCHANAN INGERSOLL & ROONEY LLP


By:   */s/ Kimberly Arouh*
       KIMBERLY AROUH
       Attorneys for Defendant
       BMW of North America, LLC


**IT IS SO ORDERED.**

DATED: _____          _____
                                   Hon. Charles R. Breyer
                                   United States District Judge